FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 24 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 20-1428 MV |
| ) | |
| vs. ) | Counts 1 - 3: 16 U.S.C. §§ 703 and |
| ) | 707(b)(2): Sale and Offer for Sale of |
| **RUTH GRANDE OLGUIN,** ) | Any Migratory Bird. |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

Count 1

On or about April 27, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **RUTH GRANDE OLGUIN**, knowingly and without permission, did sell and offer to sell feathers protected by the Migratory Bird Treaty Act, to wit, the feathers of a Crested Caracara (*Caracara cheriway*).

In violation of 16 U.S.C. §§ 703 and 707(b)(2).

Count 2

On or about May 22, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **RUTH GRANDE OLGUIN**, knowingly and without permission, did sell and offer to sell feathers protected by the Migratory Bird Treaty Act, to wit, the feathers of a Crested Caracara (*Caracara cheriway*) and feathers of a Sharp-shinned Hawk (*Accipiter striatus*).

In violation of 16 U.S.C. §§ 703 and 707(b)(2).

Count 3

On or about November 12, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **RUTH GRANDE OLGUIN**, knowingly and without permission, did sell and offer to sell feathers protected by the Migratory Bird Treaty Act, to wit, the feathers of a Crested Caracara (*Caracara cheriway*).

In violation of 16 U.S.C. §§ 703 and 707(b)(2).

### FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses alleged in this Indictment, the defendant, **RUTH GRANDE OLGUIN**, shall forfeit to the United States, pursuant to 16 USC §§ 703 and 706, any interest she may have in the feathers of the Crested Caracara (*Caracara cheriway*) and the feathers of the Sharp-shinned Hawk (*Accipiter striatus*).

A TRUE BILL:

_____/S/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
06/22/20  3:46PM