IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 20-1428 MV |
| ) | |
| vs. ) | |
| ) | |
| **RUTH GRANDE OLGUIN**, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## NOTICE OF RELATED CASE

The United States, by and through undersigned counsel, informs the Court that the subject matter in the above-captioned case relates to the following case:

- *United States v. Amado Martin Vargas Hernandez*, **CR 20-1443 MV**

The United States hereby represents that the theories of prosecution, facts, evidence, defendants, and witnesses in the two cases are common to one another. The United States, therefore, respectfully requests that the above-referenced case be assigned, for purposes of judicial economy, to the same United States District Court judge, the Honorable Martha Vázquez.

    Respectfully submitted,

    JOHN C. ANDERSON
    United States Attorney

    *Electronically filed on 6/25/2020*
    NOVALINE D. WILSON
    Assistant United States Attorney
    Post Office Box 607
    Albuquerque, New Mexico 87102
    (505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a copy of this filing to be sent to counsel for Defendant.

 /s/ _____
NOVALINE D. WILSON, AUSA