IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO.  20-1428 SCY |
| | ) | |
| vs. | ) | Counts 1 - 3: 16 U.S.C. §§ 703 and |
| | ) | 707(a): Migratory Bird Treaty Act |
| **RUTH GRANDE OLGUIN**, | ) | (Class B Misdemeanor). |
| | ) | |
| Defendant. | ) | |

I N F O R M A T I O N

The United States Attorney charges:

Count 1

On or about April 27, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **RUTH GRANDE OLGUIN**, did unlawfully possess without permission the feathers and parts of birds protected by the Migratory Bird Treaty Act, to wit, feathers and parts of a Crested Caracara (*Caracara cheriway*).

In violation of 16 U.S.C. §§ 703 and 707(a).

Count 2

On or about May 22, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **RUTH GRANDE OLGUIN**, did unlawfully possess without permission the feathers and parts of birds protected by the Migratory Bird Treaty Act, to wit, feathers and parts of a Crested Caracara (*Caracara cheriway*) and feathers of a Sharp-shinned Hawk (*Accipiter striatus*).

In violation of 16 U.S.C. §§ 703 and 707(a).

Count 3

On or about November 12, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **RUTH GRANDE OLGUIN**, did unlawfully possess without permission the feathers and parts of birds protected by the Migratory Bird Treaty Act, to wit, feathers and parts of a Crested Caracara (*Caracara cheriway*).

In violation of 16 U.S.C. §§ 703 and 707(a).

## FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses alleged in this Information, the defendant, **RUTH GRANDE OLGUIN**, shall forfeit to the United States, pursuant to 16 U.S.C. §§ 703 and 706, any interest she may have in the feathers, parts, and products thereof, of the Crested Caracaras (*Caracara cheriway*), Sharp-shinned Hawks (*Accipiter striatus*), Bald Eagles (*Haliaeetus leucocephalus*), Golden Eagles (*Aquila chrysaetos*), American Kestrels (*Falco sparverius*), Greater roadrunners (*Geococcyx californianus*), Red-tailed hawks *(Buteo jamaicensis*), Northern flickers *(Colaptes auratus*), White-winged doves (*Zenaida asiatica*), Cooper's hawks (*Accipiter cooperii*), Barred owls *(Strix varia*), and Turkey Vultures (*Cathartes aura*).

FRED J. FEDERICI
Acting United States Attorney

*/s/ Novaline D. Wilson*
NOVALINE D. WILSON
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 224-1419