IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR NO. 20-1428 SCY |
| | ) | |
| vs. | ) | |
| | ) | |
| **RUTH GRANDE OLGUIN**, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS INDICTMENT

The United States of America moves the Court to dismiss the indictment filed in the above-styled cause, and as grounds therefore states as follows:

On April 6, 2021, Defendant entered a guilty plea to an Information charging three Class B misdemeanor violations of 16 U.S.C. §§ 703 and 707(a), that being unlawful possession of birds protected by the Migratory Bird Treaty Act.  Docs. 24, 25.  Also on the same date, the Honorable Steven C. Yarbrough accepted Defendant's guilty plea and sentenced her to a one-year term of probation for these crimes.

The plea agreement provides that following sentencing the United States will move to dismiss the indictment as to this defendant.  Doc. 25 at 9.

WHEREFORE, the United States requests that this motion be granted and that the Court dismiss the indictment as to this defendant.

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

/s/
NOVALINE D. WILSON
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM   87103
(505) 346-7274

I HEREBY CERTIFY that on April 7, 2021, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record to be served by electronic means on this date.

/s/
Novaline D. Wilson
Assistant United States Attorney

2